**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES RICHARD DEAN OWENS**                                                  **PLAINTIFF**


**VS.**                                     **5:16-cv-00311 BRW/PSH**


**DEXTER MCDONNEL, STEVE OUTLAW,**                                          **DEFENDANTS**
**and WENDY KELLEY**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S.

Harris. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court

concludes that the findings and recommendation should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects. The motion for summary

judgment filed by defendants Steve Outlaw and Wendy Kelley is granted. <u>See</u> Docket Entry 13.

The claim against them made by plaintiff James Richard Dean Owens is dismissed with

prejudice.

IT IS SO ORDERED this 11th day of May, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE