# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES RICHARD DEAN OWENS
ADC #139166                                                                PLAINTIFF

V.                              NO: 5:16-CV-00311 BRW/PSH

DEXTER MCDONNELL                                                           DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff James Richard Dean Owens filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 against defendants Dexter McDonnell, Steve Outlaw, and Wendy Kelley (Doc. No. 2). Outlaw and Kelley were dismissed on May 11, 2017. *See* Doc. Nos. 19 & 20. On August 10, 2017, defendant McDonnell filed a motion to dismiss this case due to Owens' failure to prosecute the case (Doc. No. 21). Defendant's counsel states that correspondence to Owens has been returned as undelivered, and that it appeared Owens had been transferred to another facility but not updated his address as required by Local Rule 5.5 and this Court's Initial Order for *Pro Se* Prisoner-Plaintiffs (Doc. No. 3). McDonnell's motion to dismiss was mailed to Owens at the Arkansas

Department of Corrections (ADC), Randall Williams Correctional Facility, and the ADC's Ouachita River Correctional Unit. *See* Doc. No. 21 at 3.

On August 10, 2017, the Court entered a text order allowing Owens 14 days to respond to McDonnell's motion to dismiss. *See* Doc. No. 23. A printed version of the text order was mailed to Owens at Randall Williams Correctional Facility and the Ouachita River Correctional Unit. On August 22, 2017, the envelope containing the text order could not be delivered to Owens at the Randall Williams Correctional Facility, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 25.

More than 14 days have passed since McDonnell filed his motion to dismiss, and Owens has not filed a response. Owens also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Owens' complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE