**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES RICHARD DEAN OWENS**                                                    **PLAINTIFF**
**ADC #139166**

**V.**                                          **NO: 5:16-CV-00311 BRW**

**DEXTER MCDONNELL**                                                            **DEFENDANT**

## <u>ORDER</u>

    I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in its entirety.

    Accordingly, Plaintiff's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED this 19th day of September, 2017.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE