**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES RICHARD DEAN OWENS**                                                    **PLAINTIFF**
**ADC #139166**

**V.**                                          **NO: 5:16-CV-00311 BRW**

**DEXTER MCDONNELL**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 19th day of September, 2017.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE